Wednesday, March 16, 2011

Misc. No. 11–8019/AR. Josh R. Rittenhouse, Petitioner v. United States, Respondent. CCA 20050411. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(a) on this date.